# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Pro-Built Construction Firm ) | ASBCA No. 60071 |
| ) | |
| Under Contract No. W5J9JE-12-C-0013 ) | |

APPEARANCE FOR THE APPELLANT: William J. Spriggs, Esq.
    Spriggs Consulting Services
    Lynchburg, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Daniel B. McConnell, Esq.
    Nancy L. Pell, Esq.
    Engineer Trial Attorneys
    U.S. Army Engineer District, Middle East
    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 29 September 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60071, Appeal of Pro-Built Construction Firm, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals